# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Joint Administration Pending) |
| Debtors. | : | |
| | : | **Related D.I.:**___ |

## ORDER AUTHORIZING THE TRUSTEE TO USE PROPERTY OF THE ESTATES TO PAY COMPENSATION, COSTS, AND OTHER POST-PETITION OPERATING EXPENSES NECESSARY TO PRESERVE AND MAINTAIN THE DEBTORS' ASSETS DURING THE SALE PROCESS PURSUANT TO 11 U.S.C. §§105(a) AND 363(b)

Upon consideration of the motion of Christine C. Shubert (the "Trustee"),[2] the Chapter 7 Trustee for the estates of Worley & Obetz, Inc., *et al.* (the "Debtors"), for entry of an order pursuant to 11 U.S.C. §§ 105 and 363 authorizing the Trustee use property of the Debtors' estates to pay compensation, costs, and other post-petition operating expenses incurred by the Trustee during the time that the Trustee implements, conducts and concludes a sale process for the Debtors' assets (the "Motion"); and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 2002; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, and the Court having read and considered

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

[2] Capitalized terms not otherwise defined herein shall have their meanings as ascribed in the Motion.

the Motion, objections to the Motion, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Trustee is authorized to use property of the Debtors' estates to pay compensation based on a *per diem* rate to twenty (20) employees and members of management of the Debtors to continue in their prepetition roles with the Debtors for providing services requested by the Trustee during the time that the Trustee implements, conducts and concludes a sale process for the Debtors' assets.

3. The Trustee is authorized to use property of the Debtors' estates to pay charges, costs, and other post-petition expenses incurred by an IT company for providing network and server logistical services to the Trustee during the time that the Trustee implements, conducts and concludes a sale process for the Debtors' assets.

4. The Trustee is authorized to use property of the Debtors' estates to pay charges, costs and other post-petition operating expenses incurred by other vendors for providing services requested by the Trustee during the time that the Trustee implements, conducts and concludes a sale process for the Debtors' assets.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
THE HONORABLE RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: