**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Joint Administration Pending) |
| Debtors. | : | |
| | : | |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF HESS AUCTION GROUP PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1**

TO:   THE DEBTORS AND COUNSEL, OFFICE OF THE U.S. TRUSTEE, THE DEBTORS' SECURED CREDITORS, AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Christine C. Shubert (the "Trustee"), the chapter 7 trustee for the estates of (i) Worley & Obetz, Inc.; (ii) Americomfort, Inc.; (iii) Ranck Plumbing Heating & Air Conditioning, Inc.; (iv) Amerigreen Energy, Inc.; (v) Advance Air, Inc.; (vi) Amerigreen Energy Brokers, LLC; (vii) Amerigreen Electricity, LLC; (viii) Amerigreen Hedging Services, LLC; (ix) Amerigreen Lubricants, LLC; (x) Amerigreen Natural Gas, LLC; and (xi) Amerigreen Propane, LLC (collectively, the "Debtors"), by and through her proposed attorneys, Fox Rothschild LLP, has filed, in each of the Debtors' cases, an *Motion for an Order Authorizing the Retention and Employment of Hess Auction Group Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1* (the "Application").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Application** or if you want the court to consider your views on the Application, then on or before **June 20, 2018 by 4:00 p.m. you or your attorney must file a response to the Application**. (*see Instructions on next page*).

3. **If you do not file a response to the Application**, the court may enter the relief requested in the Application without a hearing.

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC [2358] (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

4. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been scheduled.

5. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at Clerk, United States Bankruptcy Court, 400 Washington Street, Reading, Pennsylvania 19601.

8. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

Michael G. Menkowitz, Esquire
Jason C. Manfrey, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jmanfrey@foxrothschild.com
jesseharris@foxrothschild.com

**FOX ROTHSCHILD LLP**

By:    */s/ Michael G. Menkowitz*
      Michael G. Menkowitz, Esquire
      Jason C. Manfrey, Esquire
      Jesse M. Harris, Esquire
      2000 Market Street, 20th Floor
      Philadelphia, PA 19103-3222
      (215) 299-2000/Fax (215) 299-2150
      mmenkowitz@foxrothschild.com
      jmanfrey@foxrothschild.com
      jesseharris@foxrothschild.com

Proposed Attorneys for Christine C. Shubert, Chapter 7 Trustee for Worley & Obetz, Inc. *et al*.

Dated: June 13, 2018