# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-13774 (REF) |
| In re<br><br>AMERICOMFORT, INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-13775 (REF) |
| In re<br><br>RANCK PLUMBING HEATING & AIR CONDITIONING, INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-13776 (REF) |
| In re<br><br>AMERIGREEN ENERGY, INC.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-13777 (REF) |
| In re<br><br>ADVANCE AIR, INC.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-13778 (REF) |
| In re<br><br>AMERIGREEN ENERGY BROKERS, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-13779 (REF) |
| In re<br><br>AMERIGREEN ELECTRICITY, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-13780 (REF) |

| | |
|---|---|
| In re<br><br>AMERIGREEN HEDGING SERVICES, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-13781 (REF) |
| In re<br><br>AMERIGREEN LUBRICANTS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-13782 (REF) |
| In re<br><br>AMERIGREEN NATURAL GAS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-13783 (REF) |
| In re<br><br>AMERIGREEN PROPANE, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-13784 (REF) |

**ORDER AUTHORIZING AND DIRECTING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 7 CASES PURSUANT
TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1**

Upon consideration of the Motion of Christine C. Shubert (the "Trustee"), the chapter 7 trustee for the estates of (i) Worley & Obetz, Inc.; (ii) Americomfort, Inc.; (iii) Ranck Plumbing Heating & Air Conditioning, Inc.; (iv) Amerigreen Energy, Inc.; (v) Advance Air, Inc.; (vi) Amerigreen Energy Brokers, LLC; (vii) Amerigreen Electricity, LLC; (viii) Amerigreen Hedging Services, LLC; (ix) Amerigreen Lubricants, LLC; (x) Amerigreen Natural Gas, LLC; and (xi) Amerigreen Propane, LLC (collectively, the "Debtors"), for entry of an order authorizing and directing the joint administration of the Debtors' respective chapter 7 cases for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b) (the "Motion"); and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and their estates, creditors, and equity holders; and the Court having determined that sufficient and proper notice of the Motion has been given and it appearing that no other notice need be given; and the Court having read and considered the Motion and determined, upon the record herein, after due deliberation thereon, that there is good and sufficient cause to grant the relief appearing therefor,

It is hereby ORDERED that:

1. The Motion be and is hereby GRANTED in its entirety.

2. The above-captioned chapter 7 cases are consolidated pursuant to Fed. R. Bankr. P. 1015(b) for procedural purposes only and shall be jointly administered by the Court. Nothing contained in this Order shall be deemed or construed as directing the substantive consolidation of any of the above-captioned cases.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Chapter 7 |
|---|---|---|
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

3

ACTIVE\58169415.v2-6/11/18

4.  The Clerk of the Court is hereby directed to enter the following on the docket in the above-captioned cases:

>   An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 7 cases listed below for procedural purposes only. The docket in Case No. 18-13774 (REF) should be consulted for all matters affecting this case. The following chapter 7 cases are jointly administered pursuant to this Joint Administration Order: (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

5.  This Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

Dated: 6/11/18

_____
THE HONORABLE RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

ACTIVE\58169415.v2-6/11/18