# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| WORLEY & OBETZ, INC., *et al.*,[1] | Case No. 18-13774 (REF) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: Only if Objection filed** |
| | **Obj. Deadline: July 17, 2018** |

## NOTICE OF SALE OF *DE MINIMIS* ASSETS PURSUANT TO 11 U.S.C § 363 AND COURT APPROVED PROCEDURES

TO: DEBTORS' COUNSEL, OFFICE OF THE UNITED STATES TRUSTEE, FULTON BANK AND ITS COUNSEL, OTHER SECURED CREDITORS AND THEIR COUNSEL, IF KNOWN, JEROME H. ROADS, INC., ALL PARTIES WHO HAVE REQUESTED NOTICE IN ACCORDANCE WITH FED. R. BANKR. P. 2002, AND ALL PARTIES WHO HAVE EXPRESSED INTEREST IN PURCHASING THE *DE MINIMIS* ASSET

Christine C. Shubert (the "Trustee"), the chapter 7 trustee for the jointly administered estates (the "Estates") of Worley & Obetz, Inc., *et al.* (the "Debtors"), proposes to sell certain *de minimis* assets (the "Sale") as described below to Jerome H. Roads, Inc. ("JHR"), free and clear of all Liens (as defined in the Sale Order) under 11 U.S.C. § 363(f), with any Liens to attach to the Sale proceeds with the same validity, extent and priority as had attached to the *de minimis* assets prior to Sale pursuant to 11 U.S.C. §363 and as authorized by this Court's June 19, 2018 *Order Granting the Motion of the Chapter 7 Trustee for Entry of an Order Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets Pursuant to 11 U.S.C. §§ 105, 363*

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

ACTIVE\59319805.v1-7/9/18

*and 554, and Fed. R. Bankr. P. 6004 and 6007* [D.I. 71] (the "Sale Order").  A copy of the Sale Order is attached hereto as **Exhibit "A"**, and incorporated by reference herein.

The terms of the proposed sale are set forth in Bill of Sale, dated July 6, 2018 by and between the Trustee and JHR (the "Bill of Sale"), a copy of which is attached hereto as **Exhibit "B"** and incorporated by reference herein.  Pursuant to the terms of the Bill of Sale, JHR desires to purchase, and the Trustee, on behalf of the Debtors' estates, desires to sell the following *de minimis* assets to JHR for the sum of $10,000.00 (the "Purchase Price"):

| **DE MINIMIS ASSET** | **PURCHASE PRICE** |
|---|---|
| 1,000 Gallon Aboveground Propane Tank and Pump | $10,000.00 |

JHR is not an "insider" of any of the Debtors, Fulton Bank, or the Trustee, as that term is defined in 11 U.S.C. § 101(31)(B).

You may oppose the Sale by filing an objection or other response with the Court on or before July 17, 2018, in writing, with the United States Bankruptcy Court for the Eastern District of Pennsylvania, The Madison Building, 400 Washington Street, Suite 301, Reading, PA  19601.  At the same time you must also serve a copy of the response upon the Trustee's attorneys:

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Fox Rothschild LLP
2000 Market Street, 20th  Floor
Philadelphia, PA  19103-3222
Fax (215) 299-2150

**A HEARING WILL BE HELD ON THE SALE ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE AND CANNOT BE RESOLVED BY THE PARTIES WITHOUT COURT INVOLVEMENT.**

**ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE OF AND BE HEARD AT SUCH A HEARING.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE SALE WILL DEEMED APPROVED PURSUANT TO 11 U.S.C. § 363 AND PURSUANT TO THE COURT'S JUNE 19, 2018 SALE ORDER.**

**FOX ROTHSCHILD LLP**

By: */s/ Michael G. Menkowitz*

    Michael G. Menkowitz, Esquire
    Jason C. Manfrey, Esquire
    Jesse M. Harris, Esquire
    2000 Market Street, 20th Floor
    Philadelphia, PA  19103-3222
    Phone (215) 299-2000/Fax (215) 299-2150
    mmenkowitz@foxrothschild.com
    jmanfrey@foxrothschild.com
    jesseharris@foxrothschild.com

Attorneys for Christine C. Shubert, Chapter 7 Trustee for the estates of Worley & Obetz, Inc., *et al.*

Dated:  July 9, 2018