# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., et al.[1] | : | Case No. 18-13774-REF |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Related D.I.:** 120, 158, 167 |

## CONSENT ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503(b)(9)

Upon consideration of the Motion for Allowance of Administrative Expense Claims under 11 U.S.C. § 503(b)(9) (the "Motion") filed by Lucknow-Highspire Terminals LLC ("LHT"); and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 2002; and the Court having read and considered the Motion, the limited objections to the Motion filed by Fulton Bank, N.A. ("Fulton") (Docket No. 158) and Christine C. Shubert, as the Chapter 7 Trustee (the "Trustee") (Docket No. 167) (collectively, the "Limited Objections"); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

It is hereby ORDERED:

    1.    The Motion is granted as set forth herein and the Limited Objections are resolved as set forth herein;

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18—13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

2. LHT is allowed an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $59,453.64 against the bankruptcy estate of Amerigreen Energy, Inc. (the "AEI Administrative Expense Claim");

3. LHT is allowed an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $195,158.85 against the bankruptcy estate of Worley & Obetz, Inc. (the "W&O Administrative Expense Claim" and together with the AEI Administrative Expense Claim, the "Administrative Expense Claims");

4. Nothing herein requires immediate payment of the Administrative Expense Claims, and payment of the Administrative Expense Claims must be authorized by further order of this Court; and

5. Nothing herein allows the Trustee to pay the Administrative Expense Claims from Fulton's cash collateral, except as may be allowed under the this Court's *First Amended Stipulation and Order Pursuant to Fed. R. Bankr. P. 4001(b) and 11 U.S.C. § 363(c)(2)(B) Authorizing Use of Cash Collateral on a Limited Basis and Providing Adequate Protection* (Docket No. 103) or further order of this Court.


Dated: July __, 2018         _____
                             THE HONORABLE RICHARD E. FEHLING
                             CHIEF UNITED STATES BANKRUPTCY JUDGE



**Date: July 25, 2018**

ACCEPTED TO AND AGREED:

| FOX ROTHSCHILD LLP | REED SMITH LLP |
|---|---|
| */s/ Jason C. Manfrey_(by permission)* | */s/ Brian M. Schenker (by permission)* |
| Michael G. Menkowitz, Esquire | Derek J. Baker |
| Jason C. Manfrey, Esquire | Brian M. Schenker |
| Jesse M. Harris, Esquire | Three Logan Square |
| 2000 Market Street, Twentieth Floor | 1717 Arch Street, Suite 3100 |
| Philadelphia, PA 19103-3291 | Philadelphia, PA 19103 |
| Tel: (215) 299-2000 | Tel: (215) 851-8100 |
| *Counsel for Christine C. Shubert, Chapter 7 Trustee for the Debtors* | Email: dbaker@reedsmith.com  bschenker@reedsmith.com |
| | *Counsel for Fulton Bank, N.A.* |

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (PA ID No. 308176)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel: (302) 429-4227
Email: EMiller@bayardlaw.com

-and-

Eric Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5059
Email: egoldstein@goodwin.com
*Counsel for Lucknow-Highspire Terminals LLC*