# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | :     Chapter 7 |
| | : |
| WORLEY & OBETZ, INC., *et al.*,[1] | :     Case No. 18-13774 (REF) |
| | :     (Jointly Administered) |
| Debtors. | : |
| | : |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## SEPTEMBER 18, 2018 AT 9:30 A.M./11:00 A.M.

### MATTERS GOING FORWARD

1. Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) filled by Eby-Brown Company, LLC [D.I. 348; Filed on August 22, 2018]

   Objection Deadline:   September 10, 2018

   Responses Received:

       A.    Trustee's Limited Objection to Motion of Eby-Brown Company, LLC for Allowance of Administrative Expense Claims Under 11 U.S.C. § 503(b)(9) [D.I. 405; Filed on September 7, 2018]

   Status:   The Trustee and Movant have been engaged in good faith negotiations to resolve the Motion. The parties anticipate filing a joint consensual order resolving the Motion prior to the Hearing.

2. Motion of the Chapter 7 Trustee for (I) an Order (A) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement; (B) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (C) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof; and (II) an Order Approving (A) the Sale of Substantially All of

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) Ranck Plumbing Heating & Air Conditioning, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

the Debtors' Assets Free and Clear of Liens, Claims, Interests and Liabilities and (B) the Assumption, Sale and Assignment to Buyer of Certain Contracts of Debtor [D.I. 353; Filed on August 24, 2018]

Objection Deadline:   September 10, 2018

Responses Received:

    A.    Cure Objection of Colmar Terminal, Inc. [D.I. 399; Filed on September 6, 2018]

    B.    Plains Marketing, L.P.'s Limited Objection to Proposed Assumption of Contracts Absent Payment of the Correct Cure Amounts [D.I. 410; Filed on September 10, 2018]

    C.    Objection of Rineer Sons Real Estate Investments, LLC to Assumption and Assignment of Assumed Contract and Cure Costs [D.I. 411; Filed on September 10, 2018]

    D.    Commonwealth of Pennsylvania Department of Environmental Protection's Limited Objection and Reservation of Rights [D.I. 413; Filed on September 10, 2018]

Respectfully submitted

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3291
Phone (215) 299-2000/Fax (215) 299-2150

Dated:  September 14, 2018

*Counsel for Christine C. Shubert,*
*Chapter 7 Trustee for the Debtors*