**Fill in this information to identify the case:**

Debtor name: WORLEY & OBETZ, INC
United States Bankruptcy Court for the: EASTERN District of PA (State)
Case number (If known): 18-13774

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.1 Creditor's name:** FULTON BANK
**Creditor's mailing address:** 1 PENN SQUARE, LANCASTER, PA 17602
**Creditor's email address, if known:**
**Date debt was incurred:** 02/01/1988
**Last 4 digits of account number:** 0 1 0 1
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien:** ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS
**Describe the lien:** UCC FILING
**Is the creditor an insider or related party?**
☒ No   ☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 19,500,000.00    Column B: $_____

**2.2 Creditor's name:** FULTON BANK
**Creditor's mailing address:** 1 PENN SQUARE, LANCASTER, PA 17602
**Creditor's email address, if known:**
**Date debt was incurred:** 12/21/2005
**Last 4 digits of account number:** 0 4 0 1
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien:** ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS
**Describe the lien:** UCC FILING
**Is the creditor an insider or related party?**
☒ No   ☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 975,000.00    Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 69,816,037.33

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor  WORLEY & OBETZ, INC　　　　　　　　　　　　　　　　　　　　Case number (if known) 18-13774
　　　　　Name

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
FULTON BANK

**Creditor's mailing address**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred** 03/29/2013
**Last 4 digits of account number** 0 8 0 1

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien**
UCC FILING

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,392,514.12          $ _____

---

**2.4**

**Creditor's name**
FULTON BANK

**Creditor's mailing address**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred** 04/15/2016
**Last 4 digits of account number** 0 1 0 1

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien**
UCC FILING

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 801,100.65          $ _____

AMERICOMFORT INC; RANCK PLUMBING HEATING & AIR CONDITIONING INC

---

Debtor __WORLEY & OBETZ, INC_____   Case number (if known)__18-13774_____
      Name

**Part 1:**  **Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**
FULTON BANK

**Creditor's mailing address**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred** 08/09/2013
**Last 4 digits of account number** 9 0 1 5

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien**
UCC FILING

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,342,857.12    $ _____

---

**2.6**

**Creditor's name**
FULTON BANK

**Creditor's mailing address**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred** 01/02/2015
**Last 4 digits of account number** 9 0 1 6

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
(2) 2015 PETERBILT 348, (3) 2016 FREIGHTLINER CORONADO, (3) 2015 HEIL TRAILERS

**Describe the lien**
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 793,858.59    $ 475,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

Debtor  WORLEY & OBETZ, INC  
     Name

Case number (if known) __18-13774__

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**  **Creditor's name**  
FULTON BANK

**Creditor's mailing address**  
1 PENN SQUARE  
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred**  05/25/2016  
**Last 4 digits of account number**  9 0 1 8

**Do multiple creditors have an interest in the same property?**  
☒ No  
☐ Yes. Have you already specified the relative priority?  
    ☐ No. Specify each creditor, including this creditor, and its relative priority.  
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**  
(2) 2017 PETERBILT, (2) 2017 FREIGHTLINER CA125DC, 2017 MACK CXU613, 2017 WESTMORE PROLINE MC-331 PROPANE TRAILER, 2017 HEIL DOT 406 PETROLEUM TRAILER, 2016 BEALL PETROLEUM TRAILER

**Describe the lien**  
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**  
☒ No  
☐ Yes

**Is anyone else liable on this claim?**  
☒ No  
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ 623,837.97   $ 740,000.00

---

**2.8**  **Creditor's name**  
FULTON BANK

**Creditor's mailing address**  
1 PENN SQUARE  
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred**  11/29/2016  
**Last 4 digits of account number**  9 0 1 9

**Do multiple creditors have an interest in the same property?**  
☒ No  
☐ Yes. Have you already specified the relative priority?  
    ☐ No. Specify each creditor, including this creditor, and its relative priority.  
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**  
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien**  
UCC FILING

**Is the creditor an insider or related party?**  
☒ No  
☐ Yes

**Is anyone else liable on this claim?**  
☒ No  
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ 688,718.89   $ _____

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

Debtor  WORLEY & OBETZ, INC    Case number (if known) 18-13774
        Name

**Part 1:  Additional Page**

Column A — **Amount of claim** — Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name:** FULTON BANK

**Creditor's mailing address:**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known:** ___

**Date debt was incurred:** 02/16/2017
**Last 4 digits of account number:** 9 0 2 0

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien:** ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien:** UCC FILING

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $15,000,000.00
Column B: $___

---

**2.10**

**Creditor's name:** FULTON BANK

**Creditor's mailing address:**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known:** ___

**Date debt was incurred:** 03/22/2017
**Last 4 digits of account number:** 9 0 2 1

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien:** ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien:** UCC FILING

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,575,176.73
Column B: $___

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor  WORLEY & OBETZ, INC _____ Case number (if known) 18-13774 _____

### Part 1: Additional Page

Column A — **Amount of claim** Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11 Creditor's name**
FULTON BANK

**Creditor's mailing address**
1 PENN SQUARE
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred** 06/28/2017
**Last 4 digits of account number** 9 0 2 2

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
ACCOUNTS RECEIVABLE, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, DEPOSIT ACCOUNTS

**Describe the lien**
UCC FILING

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $3,000,000.00
Column B: $_____

---

**2.12 Creditor's name**
M&T BANK

**Creditor's mailing address**
PO BOX 1302
BUFFALO, NY 14240-1302

**Creditor's email address, if known**

**Date debt was incurred** 08/27/2013
**Last 4 digits of account number** 9 1 2 8

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2014 FREIGHTLINER CORONADO; (2) 2014 PETERBILT 388; (3) HEIL 406 PETROLEUM TRAILERS

**Describe the lien**
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $38,260.57
Column B: $300,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor WORLEY & OBETZ, INC
Name

Case number (if known) 18-13774

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**Part 1:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name: M&T BANK

Creditor's mailing address:
PO BOX 1302
BUFFALO, NY 14240-1302

Creditor's email address, if known:

Date debt was incurred: 08/29/2017
Last 4 digits of account number: 3 5 2 0

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien:
(7) INTERNATIONAL TRACTORS AND (7) HEIL PETROLEUM TRAILERS

Describe the lien: COLLATERALIZED DEBT

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 581,116.29    $ 640,000.00

**2.14** Creditor's name: M&T BANK

Creditor's mailing address:
PO BOX 1302
BUFFALO, NY 14240-1302

Creditor's email address, if known:

Date debt was incurred: 09/11/2017
Last 4 digits of account number: 3 5 2 0

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien:
(2) 2018 MACK GU713 TRUCKS; 2017 FORD T-250 TRANSIT VAN

Describe the lien: COLLATERALIZED DEBT

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 653,899.05    $ 646,000.00

Debtor  WORLEY & OBETZ, INC _____ Case number (if known) 18-13774 _____
         Name

### Part 1: Additional Page

| | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15**

**Creditor's name**
S&T BANK

**Creditor's mailing address**
PO BOX 190
INDIANA, PA 15701

**Creditor's email address, if known**

**Date debt was incurred** 01/04/2018
**Last 4 digits of account number** 8 6 7 7

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2007 HEIL PETROLEUM TRAILER

**Describe the lien**
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,747.27    $ 50,000.00

---

**2.16**

**Creditor's name**
S&T BANK

**Creditor's mailing address**
PO BOX 190
INDIANA, PA 15701

**Creditor's email address, if known**

**Date debt was incurred** 03/13/2018
**Last 4 digits of account number** 8 6 7 7

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
(2) 2019 PETERBILT 567 TRACTORS

**Describe the lien**
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245,573.96    $ 250,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor __WORLEY & OBETZ, INC_____ Case number (if known)__18-13774_____
     Name

| **Part 1:** | **Additional Page** | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17**

**Creditor's name**
S&T BANK

**Creditor's mailing address**
PO BOX 190
INDIANA, PA 15701

**Creditor's email address, if known**

**Date debt was incurred** 04/01/2018
**Last 4 digits of account number** 8 6 7 7

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
(2) 2018 FORD X-350 TRUCKS

**Describe the lien**
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128,544.56    $ 186,000.00

**2.18**

**Creditor's name**
S&T BANK

**Creditor's mailing address**
PO BOX 190
INDIANA, PA 15701

**Creditor's email address, if known**

**Date debt was incurred** 04/01/2018
**Last 4 digits of account number** 8 6 7 7

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
(2) 2019 HEIL PETROLEUM TRAILERS

**Describe the lien**
COLLATERALIZED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184,913.13    $ 188,000.00

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor  WORLEY & OBETZ, INC  
       Name

Case number (if known) 18-13774

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19  Creditor's name**  
FULTON BANK

**Creditor's mailing address**  
1 PENN SQUARE  
LANCASTER, PA 17602

**Creditor's email address, if known**

**Date debt was incurred**  
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**  
❏ No  
❏ Yes. Have you already specified the relative priority?  
   ❏ No. Specify each creditor, including this creditor, and its relative priority.  
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**  
SEE SCHEDULE OF ASSETS & LIABILITIES OF AMERIGREEN ENERGY INC, CASE NO. 18-13777

**Describe the lien**

**Is the creditor an insider or related party?**  
❏ No  
❏ Yes

**Is anyone else liable on this claim?**  
❏ No  
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**  
Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed

$15,225,918.43     $_____

---

**2.__  Creditor's name**  
_____

**Creditor's mailing address**  
_____  
_____

**Creditor's email address, if known**  
_____

**Date debt was incurred**  
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**  
❏ No  
❏ Yes. Have you already specified the relative priority?  
   ❏ No. Specify each creditor, including this creditor, and its relative priority.  
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**  
_____

**Describe the lien**  
_____

**Is the creditor an insider or related party?**  
❏ No  
❏ Yes

**Is anyone else liable on this claim?**  
❏ No  
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**  
Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed

$_____     $_____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor  WORLEY & OBETZ, INC  
       Name

Case number (*if known*) 18-13774

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| REED SMITH LLP, ATTN: DEREK J. BAKER, ESQ.<br>2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA 19103-7301 | Line 2. 1 -11 | __ __ __ __ |
| GRENEN & BIRSIC, PC, ATTN: JAMES F. GRENEN, ESQ.<br>ONE GATEWAY CENTER, 9TH FL, PITTSBURGH, PA 15222 | Line 2. 15-18 | __ __ __ __ |
| GEBHARDT & SMITH LLP, ATTN: MICHAEL DAVID NORD, ESQ<br>ONE SOUTH ST, STE 2200, BALTIMORE, MD 21202 | Line 2. 12-14 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D      Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___