# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| CHRISTINE C. SHUBERT, Chapter 7 Trustee for | : | |
| The Estates of Worley & Obetz, Inc., *et al.* | : | Adv. Proc. No. 18-235(REF) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Robert Seth Obetz, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## DECEMBER 13, 2018 AT 9:30 A.M.

### UNCONTESTED MATTERS UNDER CERTIFICATION OF NO RESPONSE

1. Motion for an Order Approving Settlement Agreement and Release By and Between the Chapter 7 Trustee, Shipley Energy Company and Seth Energy, LLC [Main Case No. 18-13774 D.I. 533; Filed on November 13, 2018] [Adversary Proceeding No. 18-235 D.I. 15; Filed on November 13, 2018]

   <u>Objection Deadline</u>:   December 6, 2018 by 4:00 p.m.

   <u>Responses Received</u>:  None

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

Related Documents:

A.     Certification of No Response [Main Case No. 18-13774 D.I. 582; Filed on December 10, 2018] [Adversary Proceeding No. 18-235 D.I. 35; Filed on December 10, 2018]

Status:     CNR has been filed. Pending entry of Order

**CONTINUED MATTERS**

2. Defendant Judith A. Avilez' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 (b)(6) for Failing to State a Claim Upon which Relief Can Be Granted [Adversary Proceeding No. 18-235 D.I. 19; Filed on November 15, 2018]

Objection Deadline:     December 11, 2018 per Scheduling Order entered on November 21, 2018

Responses Received:     Plaintiff's First Amended Complaint was filed on December 6, 2018, pursuant to Fed. R. Civ. P. 15(a)(1)(B)

Related Documents:

A.     Scheduling Order [Adversary Proceeding No. 18-235 D.I. 26; Entered on November 21, 2018]

B.     Amended Scheduling Order Clarifying Date of Argument [Adversary Proceeding No. 18-235 D.I. 28; Entered on November 28, 2018]

C.     Plaintiff's First Amended Complaint [Adversary Proceeding No. 18-235 D.I. 30; Filed on December 6, 2018]

Status:     Plaintiff respectfully submits that the Motion is mooted by Plaintiff's First Amended Complaint and that the hearing currently scheduled for December 18, 2018 at 10:00 a.m. on the Motion should be canceled.

**FOX ROTHSCHILD LLP**

By: */s/ Jason C. Manfrey*
Jason C. Manfrey, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
*Counsel for Christine C. Shubert,*
*Chapter 7 Trustee for the Debtors*

Dated: December 11, 2018

2

ACTIVE\81425464.v1-12/11/18