# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## DECEMBER 27, 2018 AT 9:30 A.M.

### UNCONTESTED MATTERS UNDER CERTIFICATE OF NO RESPONSE

1. Motion of Chapter 7 Trustee for Order Pursuant to 11 U.S.C. §§ 105 and 725 Authorizing the Return of Non-Estate Property [D.I. 557; Filed on November 27, 2018]

   Objection Deadline:   December 20, 2018

   Responses Received:  None

   Related Documents:

   A.      Certificate of No Response [D.I. 605; Filed on December 21, 2018]

   Status:         Pending entry of Order.

2. Motion of Chapter 7 Trustee for an Order Approving Settlement Agreement and Release by and between the Chapter 7 Trustee and Charlies Fuel and Deli, LLC [D.I. 570; Filed on November 28, 2018]

   Objection Deadline:   December 20, 2018

   Responses Received:  None

   Related Documents:

   A.      Certificate of No Response [D.I. 606; Filed on December 21, 2018]

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

<u>Status</u>:          Pending entry of Order

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3291
Phone (215) 299-2000/Fax (215) 299-2150
Dated:  December 21, 2018          *Counsel for Christine C. Shubert,*
*Chapter 7 Trustee for the Debtors*

2