# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## JANUARY 3, 2019 AT 9:30 A.M.

### UNCONTESTED MATTERS UNDER CERTIFICATE OF NO RESPONSE

1. *Third Motion of the Chapter 7 Trustee for an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. Sections 365(a) and (d), and Fed. R. Bankr. P. 9006* [D.I. 580; Filed on December 3, 2018]

    Objection Deadline:   December 27, 2018

    Responses Received:  None

    Related Documents:

        A.   Certificate of No Response [D.I. 611; Filed on December 28, 2018]

    Status:   Pending entry of Order.

                                    Respectfully submitted,

                                    **FOX ROTHSCHILD LLP**

                                    By: */s/ Jesse M. Harris*
                                    Jesse M. Harris, Esquire
                                    2000 Market Street, Twentieth Floor
                                    Philadelphia, PA  19103-3291
                                    Phone (215) 299-2000/Fax (215) 299-2150

Dated:  December 28, 2018          *Counsel for Christine C. Shubert,*
                                    *Chapter 7 Trustee for the Debtors*

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

ACTIVE\82552449.v1-12/27/18