# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## JANUARY 31, 2019 AT 9:30 & 11:00 A.M.

**UNCONTESTED MATTERS UNDER CERTIFICATE OF NO RESPONSE AT 9:30 A.M.**

1. Chapter 7 Trustee's Motion Requesting Authorization to Make Payment of Certain Chapter 7 Administrative Expense Claims Pursuant to 11 U.S.C. Section 503(b) [D.I. 618; Filed on January 3, 2019]

   Objection Deadline:   January 24, 2019 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

         A.   Certificate of No Response [D.I. 640; Filed on January 29, 2019]

   Status:   Pending entry of Order.


**UNCONTESTED MATTERS GOING FORWARD AT 11:00 A.M.**

2. Motion of Chapter 7 Trustee Requesting Authorization to Make Payments of Certain Chapter 7 Administrative Expense Claims to Global Coverage, Inc. and Rivers Insurance Group [D.I. 634; Filed on January 24, 2019]

   Objection Deadline:   January 31, 2019 at 11:00 a.m.

   Responses Received:  None to date

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

Related Documents:

 A. Motion to Expedite Hearing on Motion of Chapter 7 Trustee Requesting Authorization to Make Payments of Certain Chapter 7 Administrative Expense Claims to Global Coverage, Inc. and Rivers Insurance Group [D.I. 635; Filed on January 24, 2019]

 B. Order Granting Motion to Expedite Hearing on Motion of Chapter 7 Trustee Requesting Authorization to Make Payments of Certain Chapter 7 Administrative Expense Claims to Global Coverage, Inc. and Rivers Insurance Group [D.I. 637; Entered on January 27, 2019]

 C. Certificate of Service [D.I. 639; Filed on January 28, 2019]

Status: This matter will go forward.

  Respectfully submitted,

  **FOX ROTHSCHILD LLP**

  By: */s/ Jesse M. Harris*
  Jesse M. Harris, Esquire
  2000 Market Street, Twentieth Floor
  Philadelphia, PA  19103-3222
  Phone (215) 299-2000/Fax (215) 299-2150

Dated: January 29, 2019 *Counsel for Christine C. Shubert,*
  *Chapter 7 Trustee for the Debtors*