## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| WORLEY & OBETZ, INC., et al.,[1] | Case No. 18-13774 (REF) |
| | (Jointly Administered) |
| Debtors. | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## MARCH 7, 2019 AT 9:30 A.M.

### MATTERS GOING FORWARD

1. Chapter 7 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 (A) Authorizing the Trustee to Sell Certain Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances Not Specifically Assumed; (B) Approving 'Agreement of Sale and Assumption and Assignment of Other Agreements Related Thereto; (C) Authorizing the Trustee to Consummate All Transactions Contemplated by Such Agreements; and (D) Granting Related Relief [D.I. 648; Filed on February 5, 2019]

    Objection Deadline:    February 28, 2019 at 4:00 p.m.

    Responses Received:    No formal responses.

    Related Documents:    None at this time.

    Status:    This matter will be go forward.

2. Chapter 7 Trustee's Motion to Compel Compliance with the Courts Order Dated September 18, 2018 and for Sanctions Against Diesel Direct Holdings, Inc. [D.I. 659; Filed on February 8, 2019]

    Objection Deadline:    February 28, 2019 at 4:00 p.m.

    Responses Received:    None

    Related Documents:    None at this time.

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

<u>Status</u>: This matter will be go forward; settlement to be reported at hearing.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ *Jesse M. Harris*
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150

Dated: March 5, 2019

*Counsel for Christine C. Shubert,
Chapter 7 Trustee for the Debtors Estates*

2

Active\90648535.v1-3/5/19