# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## APRIL 18, 2019 AT 9:30 A.M.

### MATTERS UNDER CERTIFICATION OF NO RESPONSE

1. Chapter 7 Trustee's Motion for Order Authorizing and Establishing Procedures for the Compromise and Settlement of De Minimis Claims [D.I. 705; Filed on March 25, 2019]

    Objection Deadline:    April 11, 2019 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:

        A.    Certification of No Response [Docket No. 738; Filed on April 16, 2019]

        B.    Proposed Order with related Docket No. 705

    Status:    Certification of No Response has been filed.

*Signature on following page.*

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

Active\93549000.v1-4/16/19

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150

Dated:  April 16, 2019

*Counsel for Christine C. Shubert,*
*Chapter 7 Trustee for the Debtors Estates*