**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (REF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MAY 30, 2019 AT 9:30 A.M.**

**MATTERS UNDER CERTIFICATION OF NO RESPONSE**

1. Motion of Chapter 7 Trustee for Order Pursuant to 11 U.S.C. §§ 105, 362(d), and 726 (I) Granting Buckeye Energy Services, LLC Limited Relief from the Automatic Stay and Permitting Setoff; and (II) Authorizing the Payment of an Interim Distribution [D.I. 763; Filed on May 10, 2019]

    Response Deadline:   May 24, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

        A.    Certification of No Response [D.I. 774; Filed on May 28, 2019]

        B.    Proposed Order with related Docket No. 763

    Status:   Certification of No Response has been filed.

    *Signature on following page.*

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150

Dated:  May 28, 2019

*Attorneys for Christine C. Shubert,
Chapter 7 Trustee for the Debtors' Estates*

Active\95688110.v1-5/28/19