# Exhibit "A"

Tax Map: 1-34-23.20-167 Unit 3

Prepared By:
Michael Menkowitz
Fox Rothschild LLP
2000 Market Street
Philadelphia, PA

RETURN TO:
Michael Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

PROPERTY ADDRESS:
40127 Fenwick Ave, Unit 3
Fenwick Island, Delaware

GRANTEE'S ADDRESS

_____
_____
_____

# THIS QUIT CLAIM DEED, MADE THIS ____ day of _____, 2019,

-BETWEEN-

JEFFREY B. LYONS and JULIE LYONS, as tenants by the entirety, as to an undivided 50% interest, parties of the first part, Grantors;

-TO-

CHRISTINE C. SHUBERT, SOLELY IN HER CAPACITY AS CHAPTER 7 TRUSTEE FOR THE ESTATES OF WORLEY & OBETZ, INC., ET AL., party of the second part, Grantee.

**WITNESSETH**: that the said parties of the first part, for and in consideration of the sum of **One Dollar and 00/100 ($1.00),** lawful money of the United States of America, and other good and valuable consideration, the receipt whereof is hereby acknowledged, hereby grant and convey unto the party, of the second part:

ALL that certain unit known as Building 3, Unit 3, in the Condominium known as FENWICK SHORES, a condominium, situate, lying and being in Baltimore Hundred, Sussex County, Delaware, being more particularly bounded and described in the Declaration of Bunting Avenue, LLC, a Delaware limited liability company, dated March 22, 2006, and filed for record in the Office of the Recorder of Deeds, in and for Sussex County, Georgetown, Delaware in Deed

94814554.v1

Book 3293, Page 206, UNITS 5 & 6 (the "Declaration"); and as amended by the First Amendment to Declaration dated June 2, 2006 and filed in Deed Book 3322, Page 140; UNIT 4; and as amended by the Second Amendment to Declaration dated June 29, 2006 and filed in Deed Book 3322, Page 222, UNIT 3; and all in the Declaration Plan of FENWICK SHORES, prepared by Davis Bowen and Friedel, Inc., Architects, Engineers and Surveyors dated March 16, 2006 and filed in Plot Book 104, Page 6 and Plot Book 104, Page 10 (the "Declaration Plan"); and as amended by the Amendment to the Declaration Plan recorded June 14, 2006 and filed in Plot Book 105, Page 245; and as amended by the Amendment to Declaration Plan dated June 1, 2006 and filed in Plot Book 106, Page 148; and all pursuant to the provisions of the Unit Property Act of the State of Delaware, Title 25, Section 2201, et seq. of the Delaware Code, said property being subject to a Code of Regulations of record in the Office of the Recorder of Deeds, aforesaid, in Deed Book 3292, Page 233, (the "Code of Regulations").

TOGETHER with a proportionate undivided interest totaling 25.00% subject to decrease to a lesser percentage calculated based on a formula set forth in Schedule B of the Declaration, in all of the Common Elements of the said FENWICK SHORES, as said Common Elements are more particularly bounded and described in the aforesaid Declaration and Declaration Plan.

AND TOGETHER with all other rights, title, interest and privileges provided for or created by the said Unit Property Act (25 Del. C. Section 2201 et seq.) for and in the owners of property made subject to the provision of the said Act.

AND TOGETHER WITH the license, right and privilege in common with all other present and future owners of all units in FENWICK SHORES, to use the roadways or rights of ay delineated on the Declaration Plan of FENWICK SHORES, as well as all future roadways or rights of way submitted by any supplement, amendment, modification or revision to the Declaration and Declaration Plan or as such be amended.

AND TOGETHER WITH the easements, licenses, rights and privileges, which shall be perpetual and run with the unit described above, subject to the rights of others in and to the use thereof: (i) easements in common with owners of all of the other units in the condominium as set forth and granted in the Declaration, specifically including, but not limited to those easements specified in the Declaration and Code of Regulations hereinabove mentioned; and (ii) subject to the reservations in the Declaration hereinabove mentioned.

SUBJECT TO AND TOGETHER WITH, the following restrictions, covenants or conditions:

(1) The Grantee, for and on behalf of the Grantee and the heirs, personal representatives, successors and assigns of the Grantee, by acceptance of this Deed covenants and agrees to pay such charges for the maintenance of, repairs to, replacement of and expenses in connection with the common elements as may be assessed from time to time by the Council in accordance with the Unit Property Act of Delaware (Chapter 22 of Title 25 of the Delaware Code) and further covenants and agrees that the unit conveyed by this deed shall be subject to a charge for all amounts so assessed; and that, except insofar as Sections 2236 and 2237 of Title 25

94814554.v1

      of the Delaware Code may relieve a subsequent unit owner of liability for prior unpaid assessments these covenants shall run with and bind the land or unit hereby conveyed and all subsequent owners thereof.

(2)     All the rules, regulations, restrictions, covenants or conditions duly imposed upon the property by the Declaration recorded as hereinabove set forth; and the Code of Regulations recorded as hereinbefore set forth.

(3)     The Grantee, for and on behalf of the Grantee and the heirs, personal representatives, successors and assigns of the Grantee, by acceptance of this Deed, covenants and agrees to pay such charges as may be assessed to Grantee or Unit of the Grantee by the Condominium Association of FENWICK SHORES.

Unless the context shall indicate otherwise or unless otherwise defined, the terms used herein shall have the meanings ascribed to them in the Declaration Plan, Declaration, and the Code of Regulations.

    SUBJECT to reservations set forth in the Deed by and between Clinton C. Bunting as grantor and Robert Seth Obetz, Melissa Obetz, Jeffrey B. Lyons and Julie Lyons as grantees dated May 20, 2009 and filed for record in the Office of the Recorder of Deeds, in and for Sussex County, at Georgetown, Delaware in Deed Book 3678, Page 132.

    SUBJECT to the Covenant, Waiver and Agreement by and between Robert Seth Obetz, Melissa Obetz, Jeffrey B. Lyons and Julie Lyons, buyers and Clinton C. Bunting, seller and Bunting Avenue, LLC, developer, dated the 26th day of May, 2009 and filed for record in the Office of the Recorder of Deeds, in and for Sussex County, at Georgetown, Delaware in Deed Book 3678, Page 129.

    SUBJECT to any and all restrictions, reservations, conditions, easements and agreements of record in the Office of the Recorder of Deeds, in and for Sussex County, at Georgetown, Delaware.

    BEING the same unit of real property conveyed unto Robert Seth Obetz and Melissa Obetz, as tenants by the entirety, as to an undivided 50% interest and Jeffrey B. Lyons and Julie Lyons, as tenants by the entity, as to an undivided 50% interest, by deed of Clinton C. Bunting filed for record in the Office of the Recorder of Deeds, in and for Sussex County, at Georgetown, Delaware, in Deed Book 3678, Page 132.

    BEING the same unit of real property conveyed unto Clinton C. Bunting by deed of Bunting Avenue, LLC and NVR, Inc. filed for record on July 12, 2006 in the Office of the Recorder of Deeds, in and for Sussex County, at Georgetown, Delaware, in Deed Book 3333, Page 76.

**IN WITNESS WHEREOF** the parties of the first part have hereunto set their hand and seal, the day and year aforesaid.

Sealed and Delivered
in the Presence of:

_____                          _____ (SEAL)
WITNESS                                         JEFFREY B. LYONS

_____                          _____ (SEAL)
WITNESS                                         JULIE LYONS


STATE OF _____          :
                                 :SS
COUNTY OF _____         :

**BE IT REMEMBERED** that on this _____ day of _____, 2019, personally came before me JEFFREY B. LYONS, party to this Indenture, known to me personally to be such and they acknowledged this Indenture to be his Act and Deed.

**GIVEN** under my Hand and Seal of Office the day and year aforesaid.

_____
NOTARY PUBLIC


STATE OF _____          :
                                 :SS
COUNTY OF _____         :

**BE IT REMEMBERED** that on this _____ day of _____, 2019, personally came before me JULIE LYONS, party to this Indenture, known to me personally to be such and they acknowledged this Indenture to be her Act and Deed.

**GIVEN** under my Hand and Seal of Office the day and year aforesaid.

_____
NOTARY PUBLIC

4

94814554.v1