# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-13778-MDC  
**Case Name:** ADVANCE AIR, INC.  
**For Period Ending:** 07/03/2019

**Trustee Name:** (500770) Christine C. Shubert  
**Date Filed (f) or Converted (c):** 06/06/2018 (f)  
**§ 341(a) Meeting Date:** 08/14/2018  
**Claims Bar Date:** 09/11/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   CHECKING Account at FULTON BANK, xxxxxx6283 | 7,324.64 | 7,324.64 | | 7,324.64 | FA |
| 2   A/R 90 days old or less | 1,500.00 | 0.00 | | 0.00 | FA |
| 3   2005 CESSNA 182 FAA#N66070. | 227,000.00 | 0.00 | OA | 0.00 | FA |
| **3**   Assets Totals (Excluding unknown values) | **$235,824.64** | **$7,324.64** | | **$7,324.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case was filed without schedules or matrix.   Schedules are expected to be filed in Mid-July.   The court allowed the cases to be jointly administered.   The assets that appear on the form 1 were created by the Trustee in order to allow her to prepare a form 2 for incoming checks.  Trustee is in the process of liquidating the assets of the businesses.  Trustee expects to commence litigation against various parties for recovery of accounts receivable, preferences and/or fraudulent conveyances.

Trustee collected the funds in the bank account on the date of filing - no other assets known for this case but remains open since this case is jointly administered with the Worley and Obetz cases 6/19

**Initial Projected Date Of Final Report (TFR):** 06/15/2020  
**Current Projected Date Of Final Report (TFR):** 06/15/2020

07/03/2019  
Date

/s/Christine C. Shubert  
Christine C. Shubert

**Form 2**

## Cash Receipts And Disbursements Record

Page: 1

| **Case No.:** | 18-13778-MDC | **Trustee Name:** | Christine C. Shubert (500770) |
|---|---|---|---|
| **Case Name:** | ADVANCE AIR, INC. | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***8111 | **Account #:** | ********5141 Checking |
| **For Period Ending:** | 07/03/2019 | **Blanket Bond (per case limit):** | $17,614,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/19 | {1} | Fulton Bank | Wire Transfer Credit FULTON BANK - WIRES IN PROCES S 1695 STATE | 1129-000 | 6,031.49 | | 6,031.49 |
| 05/02/19 | 101 | International Sureties | bond # 016026390 | 2300-000 | | 0.14 | 6,031.35 |
| 06/10/19 | {1} | Berkshire Bank | return of debit made by Bank from the debtor's bank account post petition without relief from the stay | 1129-000 | 1,293.15 | | 7,324.50 |
| | | **COLUMN TOTALS** | | | 7,324.64 | 0.14 | $7,324.50 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 7,324.64 | 0.14 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$7,324.64** | **$0.14** | |

*{ } Asset Reference(s)*                                                                                                                      *! - transaction has not been cleared*

**Form 2**

# Cash Receipts And Disbursements Record

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 18-13778-MDC | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | ADVANCE AIR, INC. | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***8111 | **Account #:** | ********5141 Checking |
| **For Period Ending:** | 07/03/2019 | **Blanket Bond (per case limit):** | $17,614,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $7,324.64 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,324.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ********5141 Checking | $7,324.64 | $0.14 | $7,324.50 |
| | **$7,324.64** | **$0.14** | **$7,324.50** |