# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (MDC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## SEPTEMBER 11, 2019 AT 12:30 P.M.

### UNCONTESTED MATTERS UNDER CERTIFICATION OF NO RESPONSE

1. Chapter 7 Trustee's Motion Requesting Authorization to Make Payments of Certain Chapter 7 Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) [D.I. 880; Filed on August 6, 2019]

    Response Deadline:   August 27, 2019 by 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Certification of No Response [D.I. 893; Filed on August 29, 2019]

    Status:   Certification of No Response has been filed.

                                            Respectfully submitted,

                                            **FOX ROTHSCHILD LLP**

                                            By: */s/ Jesse M. Harris*
                                            Jesse M. Harris, Esquire
                                            2000 Market Street, Twentieth Floor
                                            Philadelphia, PA  19103-3222
                                            Phone (215) 299-2000/Fax (215) 299-2150

Dated:  September 9, 2019                   *Counsel for Christine C. Shubert, Chapter 7 Trustee for the estates of Worley & Obetz, Inc., et al.*

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).