# DUNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (MDC) |
| | : | (Jointly Administered) |
| | : | |
| | : | Adv. Case Nos.: 18-00235/19-00157 |
| Debtors. | : | |
| | : | |

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## FEBRUARY 19, 2020 AT 12:30 P.M.

### MATTERS GOING FORWARD
### (Case No. 18-00235)

1. *Motion for an Order Approving Settlement Agreement by and among the Chapter 7 Trustee, Jeffrey B. Lyons, and Michele Goodin* [A.D.I. 195; Filed on February 13, 2020]

    <u>Objection Deadline</u>: Any objections or responses may be presented at or before the hearing.

    <u>Responses Received</u>:

    A. Informal comments to proposed Order by counsel for Ms. Goodin.

    <u>Related Documents</u>:

    A. *Motion for Order Scheduling Expedited Hearing and Shortening Time Period for Notice of Hearing on the Motion* [A.D.N. 196; Filed on February 13, 2020]

    B. *Order Setting Expedited Hearing and Shortening Time Period for Notice of Hearing on the Chapter 7 Trustee's Motion for an Order Approving Settlement Agreement by and among the Chapter 7 Trustee, Jeffrey B. Lyons, and Michele Goodin* [A.D.N. 197; Filed on February 14, 2020]

    <u>Status</u>: The Motion is going forward.

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

107826724.v3

## UNCONTESTED MATTERS UNDER CERTIFICATE OF NO RESPONSE
### (Case No. 19-00157)

2. *Motion of Chapter 7 Trustee for an Order Approving Stipulation by and between the Chapter 7 Trustee and International Petroleum Traders, LLC* [A.D.N. 13; Filed on January 22, 2020]

   Objection Deadline:    February 12, 2020

   Responses Received:    None

   Related Documents:

   A.    Certificate of No Response [A.D.N. 15; Filed on February 13, 2020]

   Status:    Pending entry of Order.

## CONTINUED MATTERS
### (Case No. 18-00235)

3. *Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is Not Property of the Bankruptcy Estate or, in the Alternative, for Relief from the Automatic Stay, to Allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy* [A.D.N. 122; Filed on May 17, 2019]

   Objection Deadline:    May 31, 2019 by 4:00 p.m.

   Responses Received:

   A.    *Chapter 7 Trustee's Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy* [A.D.N. 126; Filed on May 31, 2019]

   B.    *Chapter 7 Trustee's Renewed Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy* [A.D.N. 191; Filed on January 24, 2020]

   Response Deadline: February 12, 2020 by 4:00 p.m.; extended to February 14 by 4:00 p.m. for personal counsel to Jeffrey B. Lyons and Julie Lyons only.

107826724.v3

  C. *Defendant Judith A. Avilez' Reply to the Chapter 7 Trustee's <u>Renewed</u> Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy* [A.D.N. 193; Filed on February 12, 2019]

  D. *Movant's Response to the Trustee's <u>Renewed</u> Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy* [A.D.N. 199; Filed on February 14, 2019]

<u>Related Documents:</u>

  A. *Order Approving Stipulation Between the Chapter 7 Trustee, Jeffrey B. Lyons, Julie Lyons, Robert Seth Obetz, Melissa Obetz, Robert W. Obetz, Jr.. Marjorie S. Obetz, Molly S. Obetz, Samuel J. Obetz, Travelers Casualty and Surety Company of American and United States Liability Insurance Company Regarding Directors and Officers Insurance Policy* [A.D.N. 177; Entered on October 10, 2019]

<u>Status:</u> Hearing continued for 30 days to March 18, 2020.

       Respectfully submitted,

       **FOX ROTHSCHILD LLP**

       By: */s/ Jesse M. Harris*
       Jesse M. Harris, Esquire
       2000 Market Street, Twentieth Floor
       Philadelphia, PA 19103-3291
       Phone (215) 299-2000/Fax (215) 299-2150

Dated: February 18, 2020  *Counsel for Christine C. Shubert,*
       *Chapter 7 Trustee for the Debtors*

107826724.v3